UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) |
| Plaintiff, | ) Case No: 6:14-CV-01808-RBD-TBS |
| v. | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| Defendant. | ) |

Plaintiff, Hawk Technology Systems, LLC, and Defendant, World Wrestling Entertainment, Inc., (together, the "Parties"), have agreed in principle to settle this matter. The parties accordingly request an extension of all pending deadlines to allow them to prepare and execute a formal settlement agreement up to and including March 24, 2015.

Dated: January 26, 2015

Respectfully submitted,

/s/Angela Lipscomb
Angela M. Lipscomb, Esq.
Email: alipscomb@lebfirm.com
Florida Bar: 31111
**Lipscomb, Eisenberg & Baker, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, FL 33131
Telephone: (783) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2015, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Karen P. Finesilver, Esq.
Email: karen.finesilver@klgates.com
Florida Bar: 031352
**K & L Gates, LLP**
200 S Biscayne Blvd, Ste 3900
Miami, FL 33131-2370
Telephone: (305) 539-3326
Facsimile: (305) 358-7095

Jonathan B. Morton, Esq.
Email: jonathan.morton@klgates.com
Florida Bar: 956872
**K & L Gates, LLP**
200 S Biscayne Blvd, Ste 3900
Miami, FL 33131-2370
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

Of Counsel:
Patrick J. McElhinny
Pa I.D. #: 53510
Email: patrick.mcelhinny@klgates.com
Christopher M. Verdini
Pa. I.D. #: 93245
Email: christopher.verdini@klgates.com
*Attorneys for Defendant*